# § 832.5 CITIZEN'S COMPLAINTS AGAINST PERSONNEL; INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS

(a) Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizen's complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (Added by Stats. 1974, c. 29 § 1. Amended by Stats. 1978, c. 630 § 4.)(All references to California Penal Code 1994.)

**FILED**

E-filing MAR 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PERSONNEL COMPLAINT:**

Complainant: Arnold Howard
Address: 44750 60th St. West
Ad Seg hole cell 135L
City: Lancaster  State: CA  Zip: 93536
Residence phone: (must see in person)
Business phone: Incarcerated
Date and time of incident: 11:00
Location of incident: Antelope Valley Court A18

Personnel involved: Judge Thomas White A-18

**CV 08 1605 MMC (PR)**

Names and addresses of witnesses: Sheryl Billips Reporter
Luella York (clerk)

**Check only one:**
1. ☐ Police Department
2. ☐ California Highway Patrol
3. ☐ U.S. Marshall
4. ☐ Sheriff's Department
5. ☒ Medical Staff
6. ☐ District Attorney
7. ☐ County Grand Jury
8. ☐ ~~(illegible)~~
9. ☐ ~~Department of Corrections~~
10. ☒ Judge

**Statement of complaint:** Yeah on 3-18-08 Judge White told me he was Revoking my proper rights under 6th adment Farreta because I refused to go to court on 3-13-08 my court date on calendar was 3-17-08 the Judge was Mr. Murphy-Shuite who worked both courts being corrupt Antelope Valley and Sanfernando court the new Judge White in A18 acted very racial and bias there was no reason for him to interupt my efforts at representing my self every time the court sees a proper doing good in representation they try to find a way to halt your defense so basically the court system set racial and leans up against the Proper I've filed writs, mandates etc. so they get mad but if it was not so much misconduct I would not have to file so much.

42011 4th St. West
Lancaster, CA   Dept. A18
93535

3-18-08 was my first appearance in his court so there was no activity that warranted him to act racially like that. He cant force no attorney on me I have a right to represent myself 6th admend thats the second Judge who has tried to disrupt my proper efforts attorneys Nel had Have dump tricked me and now the Judge is using his position to discriminate against me and when I objected and tried to speak on record He just over talked me and constantly tried to pacify me from responding on record his behavior was malicious, outrageous, racial, vindictive Harrassmental. Furthermore their never was no da referral in the Person matter so this Judge while has stepped up to Participate in a conspiracy this is the second conspiracy out Antelope Valley court 1997 same stuff case was desa Refect and racial tactics created conspiracy and the illegally locked me up on bogus warrant in a case MA-013918 it is a constant pattern in this misconduct And they must be restrained if I was a Professional lawyer He would not have acted like that but in Alot of these cases monetary has played a factor it did with Clror toister, it did with victor B. Person it did with John R. morris it did with Robert Shuett murphy now its with thomas white also ocsen in 1997 Judge white knows He was wrong but also regarded my rights and chose to stick by the system and be corrupt and something

---

(Use additional sheets of 8½" X 11" white paper if necessary. Attach all Relevant supporting documentation.)

I, the undersigned declare under penalty of perjury under the laws of the State of California that the foregoing complaint is true and correct and as to such facts averred upon information and belief, that I am so informed and believe the same to be true, and affix my signature hereto.

Dated this _____ day of _____, 200 ___

☐ Attachments
No. of pages _____

(Complainant Signature)

(CRA02419/ 1/92 [832.5 CAP])        -Side- B.

needs to be done A.S.AP their out of control roaming about the courthouses right being racial and resorting to injustices disregarding peoples Const. rights at best of events if I got to go against the DA and Judge How can I get a fair and impartial trial top superiors who oversee these court judges must not be afraid to step up and do their JoB in a individual capacity because you must realize when it comes to the system its limitations and that limitation is individual JoB duty, so at this time Judge Whites behavior must be halted what will you do put up with their negatives or let it be a racial unbalanced system or keep some structure in it.

Thanks A million.

Respectfully yours
Oswald Howard
3-19-08

Proof of Service                                    3-19-08

I allowed am sending a
Citizens complaint to Commission
of Judicial Performance.
for Restraint Reply



I declare under the penalty of
Perjury that the foregoing is
true and correct to the
best of my knowledge.

Performed on
           Date: 3-19-08
           Time  8:00

Arnold B Howard
T-64787
A Splage
AS Ad Sownie
CCR 135 CDU
44750 60th street
Lancaster California
93535

(Cert clonted
ops
prot)

TO: Clerks Office
of Judicial
performance
450 goldengate Ave.
San francisco, California
94102-3483

US POSTAGE
$004.10

9410243661