IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD HOWARD, ) | No. C 08-1605 MMC (PR) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| JUDGE THOMAS WHITE, ) | |
| Defendant. ) | |
| _____ ) | |

On March 25, 2008, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil action on a form used to file citizen's complaints in state court against personnel employed by the State of California. That same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Plaintiff has not responded to the deficiency notice.

As more than thirty days have passed since the deficiency notice and plaintiff has not filed a completed IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: May 12, 2008

_____
MAXINE M. CHESNEY
United States District Judge