IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNOLD HOWARD,

No. CV-08-1605 MMC (PR)

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

JUDGE THOMAS WHITE,

       Defendant.

                                /

     **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: May 12, 2008                     Richard W. Wieking, Clerk

                                      *Tracy Lucero*

                                By: Tracy Lucero
                                Deputy Clerk